Jonathan Allan Klein (California Bar No. 162071)
Kelly, Hockel & Klein P.C.
1 Sansome Street, Suite 1800
San Francisco, CA 94104
Tel. (415) 951-0535
Fax (415) 391-7808
jaklein@khklaw.com

Andrew R. Shoemaker (*appearing pro hac vice*)
Shoemaker Ghiselli + Schwartz
1811 Pearl Street
Boulder, CO 80302
Tel. (303) 530-3452
Fax (303) 530-4071
ashoemaker@sgslitigation.com

ATTORNEYS FOR DEFENDANT InfoNow Corporation, d/b/a Channelinsight

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYME SOLUTIONS, INC., | Case Number: C 3:13-cv-04082-WHA |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND DECLARATION IN SUPPORT THEREOF** |
| vs. | |
| INFONOW CORPORATION, d/b/a CHANNELINSIGHT, | |
| Defendant. | |

Plaintiff and Counterclaim Defendant Zyme Solutions, Inc. ("Zyme") and Defendant and Counterclaim Plaintiff, InfoNow Corporation, d/b/a Channelinsight ("Channelinsight") hereby file this stipulated request for an order extending certain time frames set in the Patent Local Rules, and the following declaration in support thereof, as required pursuant to Civil Local Rule 6-2(a).  Among other reasons to seek this extension, lead counsel for Channelinsight will be traveling outside the country at the end of February and beginning of March, when Zyme's disclosures under Patent L.R. 3-3 and 3-4 are due and when deadlines under Patent L.R. 4 begin to arise.  To ensure that the parties have adequate time to comply with Patent L.R. 4-1 and 4-2, the parties jointly request a modest extension of the deadline under Patent L.R. 3-3 and 3-4 and all subsequent deadlines timed therefrom.  More specifically, the parties request that the deadline for Zyme to serve its Invalidity Contentions (Patent L.R. 3-3) and Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) be extended from February 24, 2014 to March 10, 2014 and deadlines timed therefrom pursuant to the Patent Local Rules be extended accordingly.  No party will be prejudiced because the Case Management Order entered by the Court on December 24, 2013, provides that claim construction in this case will occur during summary judgment or at trial in setting the jury instructions.

There have been no previous time modifications in this matter, nor will the enlargement of time described above affect the deadlines contained in the Court's Case Management Order, dated December 23, 2013.  Therefore, the parties request that the Court grant this Stipulated Request for Order Changing Time, pursuant to Civil Local Rule 6-2(b).

| | | |
|---|---|---|
| Dated: February 13, 2014 | | KUTAK ROCK LLP |
| | | *s/ Chad T. Nitta* |
| | | Jacob Song |
| | | Chad T. Nitta (*appearance pro hac vice*) |
| | | Blair E. Kanis (*appearance pro hac vice*) |
| | | |
| | | *Counsel for Plaintiff Zyme Solutions, Inc.* |
| | | |
| Dated: February 13, 2014 | | SHOEMAKER GHISELLI + SCHWARTZ |
| | | *s/ Andrew R. Shoemaker* |
| | | Jonathan Allan Klein |
| | | Andrew R. Shoemaker (*appearance pro hac vice*) |
| | | |
| | | *Counsel for Defendant InfoNow Corporation, d/b/a Channelinsight* |

All deadlines ordered in the Case Management Order remain in place (Dkt. No. 39).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** February 18, 2014.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE